

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-19-00377-CV

_____

SUSAN EILEE PRESTON, APPELLANT

V.

STEPHEN JAMAINE PRESTON, APPELLEE

On Appeal from the 264th District Court
Bell County, Texas
Trial Court No. 301,254-01; Honorable Paul L. LePak, Presiding

December 5, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant, Susan Eilee Preston, appearing *pro se*, appeals from the trial court's *Order Denying Requested Relief in Motion for Enforcement of Agreed Final Decree of Divorce*.[1]  Preston did not pay the requisite filing fee of $205 upon filing her notice of

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this court by the Texas Supreme Court pursuant to its docket equalization efforts. TEX. GOV'T CODE ANN. § 73.001 (West 2013).

appeal. By letter dated October 24, 2019, the clerk of this court notified Preston that the filing fee was overdue and that unless she was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by November 4 would result in dismissal of the appeal.

To date, Preston has not responded to the clerk's letter, paid the filing fee, made other arrangements, or sought to proceed without payment of court costs. Unless a party is excused from paying a filing fee, the clerk of this court is required to collect filing fees set by statute or by the Texas Supreme Court when an item is presented for filing. TEX. R. APP. P. 5, 12.1(b). Although the filing of a proper notice of appeal invokes an appellate court's jurisdiction, if a party fails to follow the prescribed rules of appellate procedure, the appeal may be dismissed. *Id.* at 25.1(b).

Having provided Preston a reasonable opportunity to cure this defect, this appeal is dismissed for her failure to comply with a requirement of the appellate rules and with a notice from the clerk requiring action within a specified time. TEX. R. APP. P. 42.3(c).

Per Curiam